**MEMORANDUM ENDORSED**



**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2023
```

<u>VIA ECF</u>
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

March 24, 2023

    Re:   *Sookul v. Worldwide Comics, Inc.*
           <u>Case No. 1:22-cv-09776-GHW- Request for Adjournment</u>

Dear Judge Woods:

    Plaintiff's Counsel is submitting this letter-motion, with the consent of Defendant, to seek an adjournment of the case management conference, currently scheduled to take place on March 27, 2023 at 3pm. Plaintiff's Counsel has a conflict at that time. Separately, in light of Defendant's Answer filed on March 20, 2023, Plaintiff intends on filing am amended complaint within 21 days of the Answer date. As such, Plaintiff requests that the initial pretrial conference be adjourned until after an amended complaint is filed herein. Plaintiff requests a thirty-day adjournment of the conference to April 27, 2023, or a date more convenient to the Court. This is the first time this relief is being requested and both Parties consent.

    We thank the Court for its consideration of this matter.

                              Respectfully submitted,

                              **MARS KHAIMOV LAW, PLLC**

                              */s/ Mars Khaimov*
                              Mars Khaimov, Esq.

cc: Stephen Ritter, owner of Worldwide Comics

The parties' March 24, 2023 request to adjourn the initial pretrial conference, Dkt. No. 5, is granted.  The initial pretrial conference scheduled for March 27, 2023 is adjourned to May 1, 2023 at 3:00 p.m.  The joint status letter and proposed case management plan described in the Court's November 17, 2022 order are due no later than April 24, 2023.  Plaintiff is directed to serve this order on Defendant and to file proof of service.
The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 14.
SO ORDERED.

Dated: March 24, 2023
New York, New York

                              GREGORY H. WOODS
                            United States District Judge