USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
:
SANJAY SOOKUL, on behalf of himself and all others :
similarly situated, :
:
Plaintiffs, :
:
-against- :
:
WORLDWIDE COMICS, INC., :
:
Defendant. :
------------------------------------------------------------------------- X

1:22-cv-9776-GHW

ORDER

GREGORY H. WOODS, District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than April 24, 2023. Dkt. No. 16. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than April 27, 2023.

Plaintiff is further directed to serve this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: April 25, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge