MEMORANDUM ENDORSED

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2023

**VIA ECF**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

April 25, 2023

Re:   *Case 1:22-cv-09776-GHW Sookul v. Worldwide Comics, Inc.*
      Request for Adjournment of Conference

Dear Judge Woods:

Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial pretrial conference, currently scheduled for May 1, 2023, and all related deadlines. Counsel will be traveling out of the country and unable to attend the conference. Separately, the Parties are currently making progress towards a resolution of the matter. Plaintiff proposes a new date of June 14, 2023, or a date more convenient to the Court. This is the first time this relief is being requested and both Parties consent.

We thank the Court for its attention and consideration of this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

Cc: Stephen Ritter, owner

The parties' April 25, 2023 request to adjourn the initial pretrial conference, Dkt. No. 16, is granted. The initial pretrial conference scheduled for May 1, 2023 is adjourned to May 24, 2023 at 2:00 p.m. The joint status letter and proposed case management plan described in the Court's November 17, 2022 order are due no later than May 17, 2023.
The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 21.
SO ORDERED.

Dated: April 26, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge