UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                     :

SANJAY SOOKUL, on behalf of himself and all others   :
similarly situated,                                 :

                               Plaintiff,    :

-against-                         :

WORLDWIDE COMICS, INC.,                :

                            Defendant.    :
-------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2023

1:22-cv-9776-GHW

ORDER

GREGORY H. WOODS, District Judge:

       In the order scheduling the initial pretrial conference in this matter, the parties were directed

to submit a joint letter via ECF and to email a joint proposed Case Management Plan and

Scheduling Order to Chambers by no later than May 17, 2023.  Dkt. No. 22.  The Court has not

received the parties' submissions.  The parties are directed to submit their joint letter via ECF and to

email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than

May 22, 2023.

       Plaintiff is directed to serve this order on Defendant and to retain proof of service.

       SO ORDERED.

Dated:  May 18, 2023
New York, New York

                                    GREGORY H. WOODS
                                   United States District Judge