USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
:
SANJAY SOOKUL, on behalf of himself and all others : 
similarly situated, :
: 1:22-cv-9776-GHW
Plaintiff, :
: ORDER
-against- :
:
WORLDWIDE COMICS, INC., :
:
Defendant. :
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

The parties' May 23, 2023 request to adjourn the initial pretrial conference, Dkt. No. 24, is granted. The initial pretrial conference scheduled for May 24, 2023 is adjourned to June 29, 2023 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's November 17, 2022 order are due no later than June 22, 2023. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 24.

Plaintiff is directed to serve this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: May 24, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge